IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                         CASE NO. 4:16-CR-00045-BSM

DOMINIC L. SMITH                                                              DEFENDANT

## ORDER

Dominic Smith's pro se motion to reduce his sentence [Doc. No. 59] is denied because the retroactive application of Amendment 821 to the federal sentencing guidelines does not reduce his sentencing range. *See* U.S.S.G. § 1B1.10(a)(2). This is true because the amendment merely reduces his criminal history points from nineteen to eighteen, and therefore his criminal history category remains at level VI.

IT IS SO ORDERED this 3rd day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE